IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
CIVIL ACTION

| | | |
|---|---|---|
| ALVIN GUICE : | | CIVIL ACTION |
| Plaintiff : | | |
| : | | |
| vs. : | | DOCKET NO. |
| : | | |
| GIANT OF MARYLAND, LLC : | | |
| Defendant : | | **COMPLAINT** |

AND NOW, come the plaintiff, by and through his attorney, Tyler Sacchetta, Esquire, and avers as follows:

1. Federal jurisdiction in this matter is asserted pursuant to 28 U.S.C. §1332. Venue is properly laid within the United States District Court for the District of Delaware pursuant to 28 U.S.C. §1391(b).

**Parties**

2. Plaintiff, Alvin Guice, is an adult individual and citizen of the State of Delaware, residing at 20219 Salty Air Drive, Millville, DE 19967.

3. Defendant, Giant of Maryland, LLC, is, upon information and belief, a corporation, partnership, sole proprietorship, unincorporated association or other legal entity existing under the laws of the State of Maryland, with an principal place of business located at 8301 Professional Place, Landover, MD 20785 who can be served care of their registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

**Facts**

4. The facts and occurrences herein stated took place on or about March 30, 2021 at or about 9:45 am at the Giant Food Store located at 38069 Town Center Drive, Millville, DE 19967.

5. At all relevant times hereto, defendant was in exclusive possession, management and control of the property located at 38069 Town Center Drive, Millville, DE 19967.

6. At all relevant times hereto, defendant was responsible for maintenance of the property located at 38069 Town Center Drive, Millville, DE 19967.

7. On or about March 30, 2021, while plaintiff was lawfully on the aforesaid premises he was caused to suffer significant injury as a result of a defective condition of the premises, i.e. improperly maintained/cleaned floor, and/or a dangerous liquid substance caused to be and/or allowed to remain on the floor by defendant causing an unreasonably dangerous condition to exist

8. As a result of the negligence of the defendant, plaintiff sustained injuries as set forth below.

## FIRST CAUSE OF ACTION
### Negligence Claim of Alvin Guice

9. Plaintiff incorporates by reference all preceding paragraphs of this Complaint as though fully set forth at length.

10. The accident was caused exclusively and solely by the defendant's negligence, in that:

   a. defendant caused or permitted dangerous conditions to exist;

   b. defendant failed to make a reasonable inspection of the premises, which would have revealed the dangerous condition created by defendant;

   c. defendant failed to give warning of the dangerous condition and failed to erect barricades or to take any other precautions to prevent injury to Plaintiff;

   d. defendant failed to remove the defective condition;

    e.  defendant failed to exercise reasonable prudence and due care to keep the premises in a safe condition for the plaintiff; and

    f.  defendant was otherwise negligent under the circumstances.

  11. At all times relevant hereto, defendant acted themselves or through their employees, servants, and agents.

  12. Defendant themselves or through their employees, servants, and agents either had actual notice of the unsafe and dangerous condition of the premises and sufficient time to correct the dangerous situation, caused said condition to exist through their own negligence, or the condition existed for so long a period of time prior to the occurrence that defendants, in the exercise of due care, could and should have known of the unsafe and dangerous condition of the premises.

  13. Solely as a result of the negligence of defendant, plaintiff was caused to suffer various physical injuries, including, but not limited to, injuries to his mouth with a lost tooth, right side, both lower extremities, right hamstring tear, lower back with spinal disc injuries, loss of function, scarring and disfigurement.

  14. As a direct result of the aforesaid injuries, plaintiff suffered severe shock to his nervous system, great physical pain, and mental anguish, all of which may continue for an indefinite period of time into the future.

  15. Plaintiff has been compelled to expend various sums of money for medication and medical attention in attempting to remedy the aforementioned injuries.

  16. As a result of his injuries, plaintiff may have suffered a permanent disability and a permanent impairment of his earning power and capacity

17. As a result of his injuries, plaintiff has suffered a permanent diminution of his ability to enjoy life and life's pleasures.

18. As a result of his injuries, plaintiff has incurred and may in the future continue to incur unreimbursed wage loss and medical expenses.

19. As a direct result of the injury, plaintiff has been prevented from attending to his usual duties and obligations, and believes that he may be prevented from so doing in the future, as his injuries seem to be permanent in nature.

WHEREFORE, plaintiff demands judgment against the defendant in an amount in excess of the $75,000.00 threshold plus interest and costs.

/s/ Tyler Sacchetta, Esquire
TYLER SACCHETTA, ESQUIRE
Attorney I.D. No.  6514
Sacchetta & Baldino
1201 N. Orange Street
Suite 7543
Wilmington, DE 19801
(302) 573-2507
tyler@sbattorney.com
Attorney for Plaintiff